UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE LAWSON-KING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEIGHBOR TO NEIGHBOR HOMES, LLC, et. al.,<br><br>　　　　　Defendants. | No. 2:25-cv-01299-DC-CKD PS<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS AND GRANTING EXTENSION OF TIME |

　　　　On May 6, 2025, plaintiff, proceeding with counsel, filed the operative complaint. (ECF No. 1.) Plaintiff requested to proceed in forma pauperis. (ECF No. 2). On May 8, 2025, the Court granted plaintiff's motion to proceed in forma pauperis and dismissed Plaintiff's complaint with leave to amend, granting plaintiff thirty (30) days from the date of service of the order to file an amended complaint. (ECF No. 6.) Plaintiff did not file an amended complaint within the allotted timeframe. Accordingly, the Court issued findings and recommendations on June 16, 2025, recommending that this action be dismissed for failure to prosecute. (ECF No. 7.) On June 30, 2025, Plaintiff filed a motion for a three-day extension of time to complete "complaint documents." (ECF No. 8.) The Court interprets this as a request for an extension of time to file an amended complaint.

　　　　Based on plaintiff filing her motion for an extension of time, the Court will vacate the

1

recommendation to dismiss for failure to prosecute. Plaintiff indicates that she will file her amended complaint by Thursday July 3, 2025. Accordingly, the Court will also grant plaintiff's request for an extension of time, until July 3, 2025, to file her amended complaint.

In accordance with the above, IT IS ORDERED:

1. The June 16, 2025, findings and recommendations (ECF No. 7) are VACATED;
2. Plaintiff's motion for an extension of time (ECF No. 8) is GRANTED;
3. Plaintiff shall have until July 3, 2025 to file her amended complaint.

Dated:  July 2, 2025

_[signature: Carolyn K. Delaney]_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, laws.1299.25