UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JANICE LAWSON-KING,

Plaintiff,

v.

NEIGHBOR TO NEIGHBOR HOMES, LLC, et al.,

Defendant.

No. 2:25-cv-01299-DC-CKD (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. No. 12)

Plaintiff Janice Lawson-King is proceeding *pro se* and *in forma pauperis* in this civil action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 11, 2025, the magistrate judge filed findings and recommendations that contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (Doc. No. 12.) On August 4, 2025, the magistrate judge directed the Clerk of the Court to serve the findings and recommendations on Plaintiff and advised Plaintiff she may file written objections within fourteen (14) days of the date of the order. (Doc. No. 13.)

/////

/////

/////

1

Plaintiff has not filed objections to the findings and recommendations, and the time to do so has passed.[1] In accordance with 28 U.S.C. § 636(b)(1)(C), this court reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations filed July 11, 2025 (Doc. No. 12) are ADOPTED in full;

2.    Plaintiff's first amended complaint (Doc. No. 10) is DISMISSED without leave to amend; and

3.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **January 29, 2026**

_____
Dena Coggins
United States District Judge

---

[1] On August 15, 2025, Plaintiff filed an unauthorized second amended complaint. (Doc. No. 14.) Even if the court were to consider Plaintiff's unauthorized filing, the allegations therein continue to suffer from the same deficiencies identified in the findings and recommendations.

2